**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Keowsha Golden and Jerrick Clement, Defendants,

Of Whom Keowsha Golden is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-001218

———————————

Appeal From Greenville County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-486
Submitted December 4, 2014 – Filed December 29, 2014

———————————

**AFFIRMED**

———————————

Jennifer A. Jeffrey, of Jeffrey Law Firm, LLC, of
Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law,
of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Keowsha Golden appeals the family court's order of removal. Upon a thorough review of the transcript and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), and *S.C. Dep't of Soc. Servs. v. Frederick Downer, Sr.*, S.C. Sup. Ct. Order dated Feb. 2, 2005, we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.